UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARVIND PATEL,

    Plaintiff,

    v.

AVELINA SAGNEP, et al.,

    Defendants.

Case No. 15-cv-00953-JST

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: ECF No. 5

    The court has reviewed Magistrate Judge Beeler's Report and Recommendation in this matter. Judge Beeler recommended that this Court grant Defendant Avelina Sagnep's application to proceed in forma pauperis. Judge Beeler also recommended that this Court remand the action to Alameda County Superior Court, as the complaint "presents only a state claim on its face, and the parties are not diverse," leaving this Court without subject matter jurisdiction. ECF No. 5 at 1-2.

    Judge Beeler allowed the parties fourteen days after service to file objections to the Report and Recommendation. That period has now elapsed and no objections have been filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this action is hereby remanded to Alameda County Superior Court.

    IT IS SO ORDERED.

Dated: March 31, 2015

_____
JON S. TIGAR
United States District Judge